## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JOSHUA CACHO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-298-KC** |
| | § | |
| **MCCARTHY & KELLY LLP,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered Plaintiff's Unopposed Motion to Transfer Venue, ECF No. 7. Upon due consideration, the Motion is **GRANTED**. Accordingly, the Court **ORDERS** that this matter is **IMMEDIATELY TRANSFERRED** to the United States District Court for the Southern District of New York.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, ECF No. 6, is **DENIED** as moot.

After transfer, the Clerk shall close the case in this Court.

**SO ORDERED**.

**SIGNED this 20th day of December, 2023.**


KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE